Thomas St. John Baldwin, Respondent, v. Charles Wertheim, Appellant. (Actions Nos. 1 and 2.)— Judgments of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Ethel Balfe, an Infant, by George Balfe, Her Guardian ad Litem, Respondent, v. The Frank Brewery, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Gaynor, Rich and Miller, JJ., concurred; Hirschberg, P. J., not voting.

George Balfe, Respondent, v. The Frank Brewery, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Gaynor, Rich and Miller, JJ., concurred; Hirschberg, P. J., not voting.

Bank of Long Island, Respondent, v. John Alvin Young, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Charles J. Belfer and Samuel J. Flash, Respondents, v. Samuel A. McElroy, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Grant Blass, Respondent, v. Joseph J. Slocum, as Receiver of the Poughkeepsie and Eastern Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Henry A. Bockholt, Respondent, v. Solomon Levinson, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Carrie C. Boening, Respondent, v. William C. Boening, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

The Bracken-McAveney Company, a Corporation, Respondent, v. Harry Miller and Others, Appellants, Impleaded with The City of New York, Defendant.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Henry C. Briggs, Appellant, v. Wickes Brothers, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Charles H. Brown Paint Company, Respondent, v. Samuel Cohn and Simon Cohn, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Annie Butler, Respondent, v. The Brooklyn Citizen, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce recovery of damages to the sum of $2,500, in which case the judgment as modified and order affirmed, without costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.